UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | INDICTMENT NO: 1:15-cr-00067 |
| ) | |
| DEWAND MAURICE WARE, ) | |
| ) | |
| Defendant.  ) | |

## UNSEALING ORDER

Upon motion of the United States for an order unsealing the Indictment, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, and good cause appearing therefor, the investigation of Defendant has concluded and will not be compromised by unsealing said documents and that such documents with be provided to counsel for Defendant, it is,

**ORDERED** that the Government's motion is GRANTED. The Indictment, returned by the Grand Jury for the Southern District of Georgia on June 2, 2015 in the above-styled matter, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, are hereby UNSEALED.

Order entered at Augusta, Georgia, this 14th day of September, 2015.

HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE