IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR115-67 |
| | ) | |
| DEWAND MAURICE WARE | ) | |

## ORDER

The defendant, Dewand Marurice Ware, was sentenced on March 21, 2016 and is in the custody of the Bureau of Prisons.

Surety, Shimika Smiley, has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted by Shimika Smiley for this defendant, plus all accrued interest thereon, be returned to: Shimika Smiley at 2125 Eastside Court, Augusta, Georgia 30906.

This 3rd day of May, 2016 at Augusta, Georgia.

J. RANDAL HALL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA